IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NTP MARBLE, INC., t/a | : | CIVIL ACTION |
| COLONIAL MARBLE & GRANITE | : | |
| | : | |
| v. | : | No.: 09-5783 |
| | : | |
| AAA HELLENIC MARBLE, INC., | : | |
| NICHOLAS ALEXIADAS, | : | |
| JESSICA ALEXIADAS | : | |
| JOHN AND JANE DOES (1-10); and | : | |
| DOE ENTITIES (1-10) | : | |

**ORDER**

AND NOW, this 16th day of September, 2010, it is ORDERED Defendant AAA Hellenic Marble, Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction (Doc. 30) is DENIED.

It is further ORDERED the Motion to Dismiss of Defendants Nicholas Alexiadas and Jessica Alexiadas (Doc. 31) is DENIED.

BY THE COURT:

\s\ Juan R. Sánchez
Juan R. Sánchez, J.