IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NTP MARBLE, INC., t/a** | : | **CIVIL ACTION** |
| **COLONIAL MARBLE & GRANITE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **AAA HELLENIC MARBLE, INC.,** | : | **No.: 09-cv-05783** |
| **NICHOLAS ALEXIADIS,** | : | |
| **RICHARD MOSER,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this  24TH  day of February, 2012, upon consideration of Defendants AAA Hellenic Marble, Inc.'s, Nicholas Alexiadis', and Richard Moser's Motion for Summary Judgment (Docs. Nos. 88-89), Plaintiff NTP Marble, Inc. t/a Colonial Marble and Granite's Response to the Motion for Summary Judgment (Doc. No. 92), Defendants' Reply to Plaintiff's Response (Doc. No. 95), Defendants' Supplemental Brief in Support of the Motion for Summary Judgment (Doc. No. 99), and Plaintiff's Supplemental Brief in Support of Opposition to the Motion for Summary Judgment (Doc. No. 101), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that summary judgment is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE