IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NTP MARBLE, INC., t/a** | : | **CIVIL ACTION** |
| **COLONIAL MARBLE & GRANITE,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 09-cv-5783 |
| | : | |
| **AAA HELLENIC & MARBLE, INC, et al.,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, TO WIT: This __13TH__ day of June, 2012, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of the Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

/s/ Lynne A. Sitarski
**HONORABLE LYNNE A. SITARSKI**
**United States Magistrate Judge**