


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NTP MARBLE, INC., t/a** | : |
| **COLONIAL MARBLE & GRANITE** | : **CIVIL ACTION No. 2:09-cv-05783-JS** |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **AAA HELLENIC MARBLE, INC.,** | : |
| **NICHOLAS ALEXIADIS,** | : |
| **RICHARD MOSER** | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW** on this _20ᵗʰ_ day of September, 2012, upon consideration of Plaintiff's

Motion to Reopen This Case Pursuant to Local Rule 41.1(b) and to Enforce Settlement

Agreement Against Defendant Richard Moser, and Defendant Richard Moser having filed no

response or opposition to said Motion, the Court hereby finds the following facts:

1. On June 13, 2012, the parties reported to the Court that Plaintiff and Defendant

Richard Moser ("Mr. Moser") had reached a settlement agreement, the essential terms of which

were: (1) Plaintiff and Mr. Moser would each execute mutual general releases of all claims

against each other; (2) Mr. Moser would sign a letter of apology ("Apology Letter") directed to

Plaintiff; and (3) Mr. Moser would sign and send a letter to CityGrid Media ("Removal Letter"),

a company that owns and operates the CitySearch and InsiderPages websites on which Mr.

Moser posted fake customer reviews, demanding that any such reviews be removed immediately.

1

2.    When the parties reported this settlement and its terms to the Court on Wednesday, June 13, 2012, the Court thereafter entered its June 13, 2012 Order dismissing the matter pursuant to Local Rule 41.1(b).

3.    Counsel has represented to the Court that, on Friday, June 15, 2012, at approximately 10:10 AM, Plaintiff's Counsel forwarded a written Settlement Agreement and Mutual General Release ("Settlement Agreement") to Mr. Moser's Counsel via email, which memorialized the terms of the parties' settlement, and included as exhibits to the Agreement the Apology Letter and Removal Letter.  (The June 15, 2012 email, together with attached Settlement Agreement, Apology Letter and Removal was attached as Exhibit "B" to Plaintiff's Motion.)

4.    Counsel has represented to the Court that, on the afternoon of June 15, 2012, Plaintiff's Counsel contacted Mr. Moser's Counsel, Michael Cullen, Esquire ("Mr. Cullen"), and asked him whether he had any revisions or comments on the Settlement Agreement and its Exhibits.

5.    Counsel has represented to the Court that, Mr. Cullen then advised Plaintiff's Counsel that he had reviewed the Settlement Agreement and exhibits thereto with his client and that Mr. Moser was in agreement with the terms set forth in the Settlement Agreement.  Mr. Cullen further confirmed that neither he nor Mr. Moser had any revisions to the Settlement Agreement or its exhibits and that he had submitted the Settlement Agreement to Mr. Moser for execution.

6.    The foregoing statements by Mr. Cullen were then confirmed by Plaintiff's Counsel via a email to Mr. Cullen on Monday June 18, 2012, stating as follows:

> Michael:
>
> To follow-up our telephone conversation from Friday afternoon, you and your client have no revisions to the Settlement Agreement and Mutual General Release (and exhibits thereto) that I sent to you on Friday and you are sending the agreement to your client for

> execution.  Based on this, I have also sent the agreement to my
> client for execution.  When you receive your client's signed
> agreement please forward me a copy of same and I will do the
> same when I receive my client's signed agreement.

(Said June 18, 2012 email is attached to Plaintiff's Motion as Exhibit "C.")

7.  Mr. Cullen informs the Court that the factual averments in paragraphs 3-6 are

consistent with Mr. Cullen's recollection.  Mr. Cullen further informs the Court that he has

forwarded copies of the settlement agreement and the two letters to Mr. Moser, but counsel has

received no response from his client.

8.  Despite having agreed to the terms of the Settlement Agreement, Mr. Moser now

refuses to sign same, which resulted in Plaintiff filing the current Motion to Enforce the

Settlement Agreement.

Based on the foregoing, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** as

follows:

(a) This Case is hereby reopened pursuant to Local Rule 41.1(b) solely for the purpose of

enforcing the Settlement Agreement between Plaintiff and Defendant Richard Moser, the full

contents of which were attached as Exhibit B to Plaintiff's Motion and are attached hereto as

Exhibit "1";

(b) The Settlement Agreement attached hereto as Exhibit "1" is hereby confirmed and

deemed fully enforceable in its entirety, including, but not limited to the following terms:

(1) Defendant Richard Moser has provided a General Release in favor of Plaintiff

pursuant to paragraph 4 of the Settlement Agreement which is hereby confirmed and

deemed fully enforceable as to all claims Richard Moser may have had against Plaintiff,

including, but not limited to any claims asserted or which could have been asserted in the

3

civil action *Moser v. NTP Marble, Inc., et al.* pending in the Delaware County Court of

Common Pleas, Civil Action No. 10-13478;

      (2) Defendant Richard Moser has agreed to provide Plaintiff with an apology

letter as set forth in the Apology Letter attached as Exhibit "A" to the Settlement

Agreement, stating:

> I, Richard Moser, admit that, while employed by AAA
> Hellenic Marble, I posted dozens of negative customer reviews
> about Colonial Marble & Granite on several internet websites in
> which I was represented myself as customers of Colonial Marble.
> I was never a customer of Colonial Marble.  To the extent any of
> these reviews still exist on any websites I am separately writing to
> the website company to remove them immediately.
>
> I regret any harm that was caused to Colonial Marble as a
> result of my conduct.

      (3) Defendant Richard Moser has further agreed to send a letter to CityGrid

Media, LLC, the owner of websites on which he posted fake customer reviews about

Plaintiff, demanding all said reviews referenced in the spreadsheet attached to the Letter

as Exhibit "B" to the Settlement Agreement be removed immediately, stating:

> My name is Richard Moser.  I am a defendant in the above
> referenced Civil Action filed in the United States District Court,
> Eastern District of Pennsylvania.  The Civil Action involved
> customer reviews which I posted on your company's websites
> www.citysearch.com and www.insiderpages.com pertaining to
> Colonial Marble & Granite, a company located in King of Prussia,
> Pennsylvania.
>
> I posted the customer reviews representing that the reviews
> were posted by actual customers of Colonial Marble even though I
> was never a customer of Colonial Marble.  The names associated
> with the customer reviews are not actual names of Colonial
> Marble's customers.  I also posted the customer reviews from
> various internet locations so many of the reviews will have
> different Internet Protocol Addresses attached to them.

Recently, the Civil Action settled and as part of that settlement I agreed to cooperate with Colonial Marble in removing the customer reviews that I posted.  However, I cannot remove the customer reviews myself because I do not know the passwords connected to each username that I created on CitySearch and InsiderPages.  Further, because I used different email addresses for each username I cannot utilize the "forget password" function on your sites as the password would get emailed to an email address that I also cannot access as I did not record the password connected to the emails I created.

In light of the foregoing, as part of my settlement with Colonial Marble, I am hereby demanding that your company immediately remove these reviews on CitySearch and InsiderPages.  Attached to this letter as Exhibit "1" is a Spread Sheet identifying the username and reviews that I am requesting be removed.  The Court in the Civil Action has been informed of my request to remove these reviews, which is a material term of the settlement that will lead to the resolution of this matter.

(c) This matter is hereby dismissed with prejudice pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court.

**BY THE COURT:**

_Lynne A. Sitarski_

Hon. Lynne A . Sitarski, U.S.M.J.

# EXHIBIT  1

## SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE

This Settlement Agreement and Mutual General Release (the **"Agreement"**) is made this _____ day of _____, 2012 (the **"Effective Date"**) by and among NTP Marble, Inc. t/a Colonial Marble & Granite (**"Colonial Marble"**), and Richard Moser (**"Moser"**)(collectively the **"Parties"**).

### BACKGROUND

WHEREAS, on or about December 4, 2009, Colonial Marble filed a Complaint in the United States District Court, Eastern District of Pennsylvania, Civil Action 2:09-cv-05783-LAS asserting claims under the Lanham Act and for defamation ("Defamation Action");

WHEREAS, on or about October 8, 2010, Moser filed a Complaint in the Delaware County Court of Common Pleas, Civil Action 10-13478, asserting claims for unpaid wages ("Wage Action");

WHEREAS, on or about April 26, 2009, Colonial Marble filed a Second Amended Complaint naming Moser as a Defendant in the Defamation Action;

WHEREAS, the Parties have agreed to resolve matters between them, without any admission of liability, and are willing to do so under the terms and subject to the conditions set forth in this Agreement.

WHEREAS, the Parties acknowledge the sufficiency of the good and valuable consideration exchanged pursuant to this Agreement.

NOW, THEREFORE, with the foregoing background deemed incorporated hereinafter by this reference and made a part hereof, the Parties, intending to be legally bound, hereby further covenant and agree as follows:

## AGREEMENT

1.     Moser has agreed to sign a letter of apology to Colonial Marble ("Apology Letter") in the form attached hereto as Exhibit "A" and will sign and deliver said letter of apology to Colonial Marble's Counsel, David P. Heim, within three (3) days of the Effective Date of this Agreement.

2.     Moser has agreed to sign a letter to Corporate Counsel of CityGrid Media ("CityGrid Letter") in the form attached hereto as Exhibit "B" demanding that CityGrid Media immediately remove all those customer reviews identified in the Spread Sheet referred to in and attached to the CityGrid Letter as Exhibit "1." Moser will sign and deliver said CityGrid Letter, together with the attached Exhibit "1," to Colonial Marble's Counsel, David P. Heim, within three (3) days of the Effective Date of this Agreement.

3.     Upon Moser fully complying with paragraphs (1) and (2) herein, and in consideration of the accommodations being made herein, Colonial Marble, for itself and its successors, assigns, and past, present, and future affiliates, partners, participants, members, officers, directors, employees, shareholders, attorneys, accountants, representatives and agents do hereby release and forever discharge Moser, and his successors, assigns, and attorneys, accountants, representatives and agents from any and all liabilities, duties, responsibilities, obligations, claims, counterclaims, demands, actions, causes of action, controversies, damages, costs, losses and expenses now existing or hereafter arising from the beginning of the world to the date of this Agreement, including, but not limited to all claims asserted or which could have been asserted in the Defamation Action.

4.     In consideration of the accommodations being made herein, including, but not limited to the Release set forth in paragraph (3), Moser for himself and his successors, assigns, and attorneys, accountants, representatives, and agents does hereby release and forever discharge

2

Colonial Marble, its successors, assigns, and past, present, and future affiliates, partners, participants, members, officers, directors, employees, shareholders, attorneys, accountants, representatives and agents from any and all liabilities, duties, responsibilities, obligations, claims, counterclaims, demands, actions, causes of action, controversies, damages, costs, losses and expenses now existing or hereafter arising from the beginning of the world to the date of this Agreement, including, but not limited to all claims asserted or which could have been asserted by Moser in the Wage Action.

5. Nothing contained herein shall constitute an adjudication or finding on the merits as to the claims of any Party, or shall be construed as an admission of fault or liability by any Party, all such fault and liability being expressly denied.

6. This Agreement shall be effective upon the date of execution hereof and thereof by all Parties hereto and shall be construed as integrated, and there are no prior or contemporaneous oral or written representations or agreements regarding the subject matter of this Agreement.

7. The substantive laws of the Commonwealth of Pennsylvania shall govern the construction of this Agreement and the rights and remedies of the Parties hereto.

8. This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute but one in the same instrument.

9. THE PARTIES WAIVE THE RIGHT TO TRIAL BY JURY IN CONNECTION WITH ALL MATTERS, DISPUTES OR LITIGATION ARISING UNDER THIS AGREEMENT. MOREOVER, THE PARTIES HEREBY CONSENT AND AGREE THAT THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

3

SHALL HAVE JURISDICTION TO HEAR ANY AND ALL DISPUTES ARISING UNDER THIS AGREEMENT AND THAT VENUE IN SAID COURT SHALL BE PROPER.

10.     If any one or more of the provisions contained in this Agreement is determined to be invalid, illegal or unenforceable in any respect, the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby.

11.     No provision of this Agreement may be amended, modified, supplemented, changed, waived, discharged or terminated unless each party hereto consents in writing.

12.     The Parties agree to execute and deliver or to cause to be executed and delivered such documents and to do or cause to be done such other acts and things as might be requested by the other or its counsel to assure that the benefits of this Agreement are realized by them.

4

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be duly executed and exchanged as of the day and year first above written and intending to be legally bound hereby, have affixed their respective seals hereto.

**COLONIAL MARBLE & GRANITE**

By: _____

Its:

By:  RICHARD MOSER

5

# EXHIBIT A

RICHARD MOSER
[Insert Address]
[Insert phone #]
[Insert email address]

[Insert Date]

Nikos Papadopoulos
President
Colonial Marble & Granite
201 W. Church Street
King of Prussia, PA

      ***Re:***     ***NTP Marble, Inc. t/a Colonial Marble & Granite  v. Richard Moser,***
                    ***AAA Hellenic Marble & Granite, et al.., Eastern District Court of PA,***
                    ***2:09-CV-05783-JS***

Dear Mr. Papadopoulos:

       I, Richard Moser, admit that, while employed by AAA Hellenic Marble, I posted dozens of negative customer reviews about Colonial Marble & Granite on several internet websites in which I was represented myself as customers of Colonial Marble.  I was never a customer of Colonial Marble.  To the extent any of these reviews still exist on any websites I am separately writing to the website company to remove them immediately.

       I regret any harm that was caused to Colonial Marble as a result of my conduct.

                    Sincerely,

                    Richard Moser

# EXHIBIT B

RICHARD MOSER
[Insert Address]
[Insert phone #]
[Insert email address]


[Insert Date]



**VIA OVERNIGHT MAIL &**
**FAX (213) 351-7145**
Hope Garcia, Esquire
Corporate Counsel
CityGrid Media
8833 West Sunset Blvd.
West Hollywood, CA 90069

     *Re:*    *NTP Marble, Inc. t/a Colonial Marble & Granite  v. Richard Moser, AAA*
           *Hellenic Marble & Granite, et al., Eastern District Court of PA, 2:09-CV-*
           *05783-JS*

Dear Mr. Garcia:

     My name is Richard Moser.  I am a defendant in the above referenced Civil Action filed
in the United States District Court, Eastern District of Pennsylvania.   The Civil Action involved
customer reviews which I posted on your company's websites www.citysearch.com and
www.insiderpages.com pertaining to Colonial Marble & Granite, a company located in King of
Prussia, Pennsylvania.

     I posted the customer reviews representing that the reviews were posted by actual
customers of Colonial Marble even though I was never a customer of Colonial Marble.  The
names associated with the customer reviews are not actual names of Colonial Marble's
customers.  I also posted the customer reviews from various internet locations so many of the
reviews will have different Internet Protocol Addresses attached to them.

     Recently, the Civil Action settled and as part of that settlement I agreed to cooperate with
Colonial Marble in removing the customer reviews that I posted.  However, I cannot remove the
customer reviews myself because I do not know the passwords connected to each username that I
created on CitySearch and InsiderPages.  Further, because I used different email addresses for
each username I cannot utilize the "forget password" function on your sites as the password
would get emailed to an email address that I also cannot access as I did not record the password
connected to the emails I created.

     In light of the foregoing, as part of my settlement with Colonial Marble, I am hereby
demanding that your company immediately remove these reviews on CitySearch and

InsiderPages.  Attached to this letter as Exhibit "1" is a Spread Sheet identifying the username
Hope Garcia, Esquire
[Date]
Page 2

and reviews that I am requesting be removed.  The Court in the Civil Action has been informed
of my request to remove these reviews, which is a material term of the settlement that will lead
to the resolution of this matter.

   Thank you for your attention to this matter.

                                        Sincerely,


                                        RICHARD MOSER


Enclosures

cc: Vivian Yang, Esquire (w/enclosures)

# EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| *NTP Marble, Inc. v. AAA Hellenic, et al.* | | | | |
| | | | | |
| **CITYSEARCH/INSIDERPAGES REVIEWS** | | | | |
| | | | | |
| | **USER NAME** | **DATE POSTED** | **SUBJECT LINE** | **TEXT** |
| 1 | PJN | 06/03/09 | | Not trustworthy. I too had bad experience with Colonial, KOP. 2 weeks back I visited their showroom, chose granite and negotiated a price. 3-4 days later when I went there to pay advance and write the contract they not ready to honor the price. Beware of these guys and be wise. |
| 2 | janetsmythe | 07/30/09 | DO NOT GO THERE!!!! | I am so unhappy with Colonial Marble.  I should have know that something was fishy when I first went there.  I felt like it was a used car lot.  Before I even had a chance to look at any slabs, there sales people were pressuring me to give a deposit.  Looking back I feel stupid for not catching on.  This company does not care about customer service.  All that they care about is getting your money.  I went thee because of an ad that they were running.  When I got there they said that the special price was only good for three different colors.  I didn't like any of these colors.  There was one that I liked, but they told me that it was out of stock.  Looking back, they probably lied so that I would pick something more expensive.  The granite that I picked was over six thousand dollars.  I originally thought I would be spending under two thousand.  Now you see why I feel stupid.  The real problems started after I gave a deposit.  The first person that came to my house to measure was very rude and did not care to answer any of my questions. (continued below) |

| | | | | |
|---|---|---|---|---|
| | janetsmythe | 07/30/09 | DO NOT GO THERE!!!! | He was throwing his cigarette butts all over my yard.  When the guys arrived with my new counter tops, I noticed that the color wasn't as dark as the slab that I saw at their warehouse.  They told me that it is my lighting.  My counters also had this huge black spot right next to the sink area.  The worst part of the installations was definitely the seems.  I thought that I would only have one seem, but for some reason I ended up with two very unsightly seams.  When I asked the installer why there are two seams, he couldn't even tell me.  I could not get any one on the phone at the office, to go over my complaints.  The installers told me that if I didn't pay in full, that they would have to remove all of the new counters.  I havd not choice, but to pay the balance.  I will never go back to Colonial Marble.  Their customer service is the worst! |
| 3 | jack1969099 | 07/30/09 | VERY BAD EXPERIENCE! | I am not happy with my new granite counters.  The person measured made a mistake with my island.  He never told me that I was going to get a seam.  He did not go over any details.  The guys that did the installation did not speak english.  I couldn't communicate with them.  They were yelling in Spanish back and forth to each other, while a third guy stood outside and smoked cigarettes.  The seam in my kitchen really stands out.  I wish I had gone to a company with more experience.  Colonial Marble has only been in business for three years. |
| 4 | billrex | 08/10/09 | Don't go here! | These guys made my counter top too small and when I complained, they told me it was not their fault even though they had a drawing with the dimensions.  2 months after they installed my sink, the soap dispenser came apart.  Spend a few more bucks and go to someone who care about what they do. |
| 5 | jowens107 | 09/10/09 | Terrible Service, Terrible Workmanship! | I am so disappointed with my new granite countertops.  The seam looks terrible and Colonial Marble refuses to sand anyone to my house to fix it.  I gave up on them and decided to pay a reputable company to come to my house and fix it.  When they came to my house they told me that they fix at least two installations a week that are completed by Colonial Marble.  Go to a  company that treats you like they appreciate your business.  This place is so big you get treated like a number.  No one cares about your little job.  COLONIAL MARBLE ONLY CARES ABOUT QUANTITY NOT QUALITY. |

| | | | | |
|---|---|---|---|---|
| 6 | jennifer757596 | 09/10/09 | VERY UNHAPPY CUSTOMER! | I don't think that I can ever shop at Colonial Marble again. My husband gave me a budget to work with, so I went to Colonial Marble and saved a little money. Unfortunately the granite did not turn out as I had wanted. The granite just doesn't look shiny. All of my friends tell me the same thing aftr they see it for the first. time. I am so upset. They told me that there is nothing they can do, since I picked the color and they didn't. It just looks like a very bad quality material. I going to save some money and try to get it done properly next year with an experienced company. I wish that I have read some of these reviews before I decided to go there. Please learn from my mistake. |
| 7 | stevem197777 | 09/10/09 | Very Disappointed In The Finished Product! | It is obvious that my granite was installed by a person with little or no experience. I will never buy anything from Colonial Marble again. They don't do good work, and they don't call their customers back when they have a problem. I have been waiting for someone to call me back for two weeks. I give up! |
| 8 | tomcloud99 | 09/11/09 | VERY BAD CUSTOMER SERVICE | I purchased granite counter tops from Colonial Marble last month. The installation looks so bad. It looks lik I installed it myself. Go to a reputable company that has been around for a long time. This place has only been in business for two years. They have a lot to learn about customer service. |
| 9 | jamesstack75 | 09/22/09 | DO NOT SHOP THERE! | I can not believe Colonial Marble still hasn't called be back after I complained about the terrible installation that they did in my house. I wish I had gone with a different company. I spoke to a woman named Pat who handles all of Colonial Marble's Complaints. She said that they have had a lot of problems lately and that she would get back to m. Now, every time I call, I am told that she is on the other lime. Go to a company that cares. |
| 10 | rosemariejackie | 09/22/09 | Very Bad Granite Quality | I wish that I had listened to my friend. He told me not the go there because he heard that they do bad work. I decided to save a couple bucks instead. The granite that they installed has scratches all over it. They never told me that I would have two seam connections in my kitchen. The two seams are very noticeable. Do yourself a favor and go with a company that hhas bbeen in business for a long time. These guys just opened recently and it shows. I will never use them again. |

| | | | | |
|---|---|---|---|---|
| 11 | snktz80 | 10/01/09 | They Sold My Slab To Someone Else!!!!!!! | I put a three thousand dollar deposit on two granite slabs for my kitchen. I went back a couple weeks later with a tile sample to make sure that I picked the right color. When I got there I saw that my slabs were not threre. When I asked the salesperson hhe told me that he didn't know what I was talking about. As I walked around their warehouse my wife spotted our salb of granite in a huge pile of used pieces of granite. I saw my name on the slab, but it had a huge pice cut out of the upper left corner. It turns out that COLONIAL MARBLE SOLD MY SLABS TO SOMEONE ELSE. They lied to me and said that the slab wasn't mine, but it still had my name on it. I have them give me my money back. Do yourself a favor and go to a reputable company. This compant only cares about money. They sold my slabs to the highest bidder. |
| 12 | jennifersebastian | 10/02/09 | THIS COMPANY IS THE WORST!! | I am sick and tired of companies that don't care about customer service. Colonial Marble has only been in business for two years. Their employees lack exprience and their sales people act like they are selling used cars. Go to a company that knows how to treat their customers with the respect they deserve. I will never shop there again. |
| 13 | whiteheadpat69 | 10/06/09 | VERY BAD INSTALLATION | I WILL NAME SHOP AT COLONIAL MARBLE AGAIN. THEY DO NOT KNOW WHAT A QUALITY JOB SHOULD LOOK LIKE. MY COUNTERS DON'T LOOK ANYTHING LIKE THE PICTURES ON THEIR WEBSITE. I HAVE A SEAM THAT YOU CAN SEE FROM ACROSS THE ROOM, AND MY GRANITE HAVE SCRATCHES ALL OVER IT. |
| 14 | poppinsmiller | 10/06/09 | Colonial Marble Is Terrible | I regret shopping at Colonial Marble. I look at other people's granite countertops, and they look so much nicer than mine. My counters look like my husband installed them. My kitchen counters are only a year old, but they look like they were installed twenty years ago. |
| 15 | jmsvndrhllvan | 11/06/09 | TERRIBLE WORKMANSHIP- POOR CUST. SERVICE! | I have never dealy with such pushy salesman. My husband wanted to save some money so we went with Colonial Marble. Do yourself a favor, spend a hundred dollars more and go with a company that does good work. My granite looks terrible. I have tried calling the office over ten time and they won't return my call. Go with a company that stands behind their work. Colonial Marble has a one and done mentality. |

| | | | | |
|---|---|---|---|---|
| 16 | mr92297 | 11/10/09 | My Granite Was Installed Crooked! | I went to Colonial Marble to look at the specials.  After chosing a more expensiv granite, their price was the same as some of the other companies that I had visited. The only way to save money there is by picking one of their cheap colors.  The problem is that these colors are ugly.  After they installed everything I realized that the counters did not look even.  I took one of my son's toy balls and placed it on my granite.  The ball started rolling down my countertop and right into my sink.  I can't believe that their workers would leave my kitchen like this.  I am still trying to get someone to come out here and take a look.  I have already stoped payment on my check.  Luckily I also paid the deposit with my credit card, so I called my credit card company and I'm getting them to refund my money. |
| 17 | skrinshaw18 | 11/10/09 | I WOULD NOT SHOP THERE AGAIN! | I got a petty good price.  The granite in my kitchen looks o.k., but when I see the granite in my friends' houses they always look ten times better than mine.  The granite always looks shinier and prettier.  My granite is brand new and everyone else's is a least a couple years old.  When I call to talk to a manager I get the run around.  Now I see why everyone is writing these bad reviews.  It can be very frustrating dealing with such bad customer service. |
| 18 | jensemail123 | 11/11/09 | ABSOLUTELY THE WORST CUSTOMER SERVICE! | My husabnd hired Colonial for new kitchen counters.  We failed to do any research about this company.  One week after the installation I saw a huge stain on my kitchen island.  When I called Colonial for advise they told me that I should purchase a stain removed and apply it myself.  I paid a different company to remove the stain since Colonial refused to do anything,.  The other granite company told me that Colonial never even bothered to seal my new counter tops. I will never go back there again.  Do yourself a favor and go with a reputable company. |
| 19 | missmiss | 11/11/09 | WHERE'S THE SERVICE????????????? | Ready to seel, but not to service.  All over you when you are buying, invisible when you have a problem! Poor quality faucet - no help!!!!!! |

| | | | | |
|---|---|---|---|---|
| 20 | kubries1900 | 11/12/09 | DON'T GET FOOLED! TERRIBLE QUALITY!! | I have never seen anything like this place. These guys pretend to know what they are doing. They sold me granite, gave me a cheap sink and a cheap faucet. My faudet leaked the second week. The sink scratched the first time I put anything in it. My granite looks like it was installed by a bunch of amatuers. The seam stands out like a sour thumb. Do some research before purchasing anything from Colonial Marble. THEY REFUSE TO RETURN ANY OF MY PHONE CALLS! |
| 21 | jennruben2010 | 11/12/09 | I WILL NEVER SHOP THERE AGAIN! | I regret purchasing my granite from Colonial Marble. I look at my kitchen counters every morning and I just want to cry. This was supposed to be my dream kitchen and Colonial Marble did a very bad job. |
| 22 | canjam1966 | 11/13/09 | Very Bad Customer Service | I bought new counters from Colonial Marble after seeing their t.v. commercial. Their commercial says that quality and service is what sets them apart from all of the rest. They are 100% right because it's the absolute worst quality and the absolute worst service is what sets them apart. They don't know the first thing about quality or servie. This place is way too big to even know what's going on! It's run like a chinese fire drill!!!!!!! |
| 23 | samhig2000 | 11/14/09 | Do Not Care About Their Customers! | I am sick and tired of companies that don't care about customer service. It seems like as soon as I gave Colonial Marble a deposit, their whole attitude changed. It has been over two months and I still can't get them to fix all of the problems with my kitchen counters. Being able to afrod granite counters was a dream come true, and Colonial Marble turned it into a total nightmare. |
| 24 | hugoboss535 | 11/16/09 | They Don't Care About | My friend just had granite installed by Colonial Marble and it looks terrible. I can't believe how obvious the seam is. I have seem a lot of granite kitchen's but I have never seen such a sloppy installation. It's as if they don't care about your job, they just want to throw your kitchen is so that they can move on to the next job. |

| 25 | christiansam197476 | 11/17/09 | They Ruined My Master Bath | I hired Colonial Marble to install tiles in our master bath. I paid them over nine thousand dollars for the completed project. I assumed I was paying top dollar for top quality service and workmanship. I didn't get either. They took over three weeks to complete the project. originally they told me that it would be finished in five days. The sub contractors that they hired to install the tiles, showed up whhenever theyy felt like it. This is the problem with subs. Last week I notices that my shower was leaking into my first floor kitchen. I was forced to hire a contractor le rip out the shower and do it over again. Colonial is denying any responsibility, so I have no choice but to take them to court. |
|---|---|---|---|---|
| 26 | DesignKing1 | 11/17/09 | I worked there very disorganized | The amount of waste was incredible, they also do work from home depot and still cant do it right, there template people are very stupid and are from all over the world and get treated badly by the owner, take your business elsewhere, take it from one who knows, these people should go back into the cable business, and stick with pizze shops, I wonder if they read the conditions for this site there is not a thing they or any lawyer can do to here to anyone, also there is not investigation of any kind, they should be investigated for incompetence, yes thats you Tom, Angelo and Pam, come and arrest me you fools. |
| 27 | DesignKing1 | 11/17/09 | | If they concentrated on finding good and competent people and were no so greedy they could get somewhere, call some of the other places and see how there reputation is, I been told there in the wrong business like I mentioned above, oh yeah there employees are trash to the owners, well there is some favorites. |
| 28 | jordanj1923 | 11/18/09 | TERRIBLE WORKMANSHIP-ANGRY EMPLOYEES | I regret purchasing my granite counter tops from Colonial Marble. The guys that installed my granite were very rude and angry. They were constantly cursing and yelling at each other. They told me that they have to hurry up and finsish, because they have four more houses to go to. I am not happy with the finished product. Don't even bother trying to call their office, they will not get back to you. I had to take the dy off from work and physically drive down there to get someone to listen to me. Notthat it did me anny good, I still have ugly granite counters. Maybe if this guy Tom Papadopoulos would treat his employees better, there wouldn't be as many problems. |

| | | | | |
|---|---|---|---|---|
| 29 | Buyer alert | 11/18/09 | | Do not trust Them. Was promised the world of a deal by someone who said she was an owner of the company. She insisted she owned the company!!! Only to be left hanging around all day waiting for an installer to show. NO CALL...NO SHOW. Take your business else where or do not deal with the imposter !!! |
| 30 | jkaplan197676 | 11/20/09 | VERY BAD WORKMANSHIP | I am very disappointed with my new granite counters. I don't think that the person who measured for my counters knew what he was doing. The installer kept saying that he had made several mistaes. The finished product looked terrible. |
| 31 | philipshead46 | 11/20/09 | Sales PersonWas Very Misleading! | I was told that the installers aare the best in the area. You should see my kitchen counters. There are two seams, even though they promised me that there would obly be one seam. I wouldn't be that upset if the seams didn't stand out so much. One seam is o.k., but the other is not even and is as wide as my pinkt. I don't think that their employees know what they are doing. |
| 32 | bobscakes73 | 11/20/09 | Will Say Anything To Make A Sale! | I run my own business. If I ran it like Colonial Marble, I would be out of business in months. They told me what I wanted to hear and didn't provide the service and the quality that I was promised. My granite looks terrible. Their office will not return my phonecalls. It looks like I have to take legal action. |
| 33 | carsonless19 | 11/20/09 | THE WORST CUSTOMER SERVICE | I can not believe Colonial Marble is still in busniess. I refused to pay the balance on my counter tops, because the granite had two big cracks in front of the sink. They told ne that they a part of the stone. What a joke. They told me that if I didn't pay they would rip everything out of my house. |
| 34 | harleydavisongirl1970 | 11/20/09 | They Installed The Wrong Color! | Colonial Marble showed up at my house at eight o'clock at night. As soon as they brought in the first piece of granite, I knew that they cut the wrong color. The installers barely spoke english, but theuy were arguing with me. They tried to convince me that I was wrong. I told them to leave my house and to come back with the color that I chose. I have been tring to get in touch with a manager for over a week. I have three kids and I still don't have a kitchen. Go to a company with experience and a good reputation. It's not worth it! |

| | | | | |
|---|---|---|---|---|
| 35 | hudsonsamantha | 11/20/09 | Will Not Shop There Ever Again! | I had so many problems with Colonial Marble. They never showed up when they said they would. When they finally arrive it was late at night and the installers were tired and dirty. I didn't feel as though they took their time with my project. They just threw everything on the cabinets and left. They were there for about ten minutes. I have already had to call them because my seam cracked. I am still waiting for the manager to call me back. |
| 36 | paxonjaxn | 11/20/09 | Do Not Stand Behind Their Work! | My cabinet guy seny me to Colonial Marble to pick a granite color for my kitchen. The people at Colonial Marble told me they could also save me money on cabinets. I was shocked because I thought that my cabinet guy was friends with Colonial. I decide to purahse everything from Colonial. I regret ever walking into their warehouse. My kitchen is a total nightmare. They still can't figure out how to fx all of the problems with my granite. Noew their staff refuses to call me back. |
| 37 | crpntrprcr | 11/20/09 | COLONIAL MARBLE BREAK LABOR LAWS | Colonial Marble should be under investigation. Call the owner Tom Papadopoulos and ask him if he pays taxes. He pays his workers illegally breaking many labor laws. He forces them to work at least 60 hours per week and only pays themfor 40. He steals millions from the government every year. Just call Tom Papadopoulos and ask him why he doesn't pay taxes like you and me. DO NOT SUPPORT THIS CRIMINAL OR HIS ILLEGAL SWEAT SHOP! |
| 38 | momoflucas | 11/23/09 | | Buyer Beware. I noticed how every negative comment on here has a remark saying they should be disregarded. Well don't disregard this one, because it is real. The WRONG granite was installed, NO response. The Granite is NOT sealed and NOTHING is done. My suggestion is find a reputable contractor/business who will stand behind their work. |
| 39 | Marie F. | 05/29/10 | Do not make a mistake and buy here | RUN AS FAST AS YOU CAN AWAY AND FIND A GOOD GRANITE COMPANY!! YOU HAVE BEEN WARNED. We had them do our kitchen. The backsplash was crooked, they put holes in the wrong place for the faucet so they were off center and there were chips in the granite. All of this with sloppy workmanship/no return calls and hours of frustration. |

| | | | | |
|---|---|---|---|---|
| 40 | Maria G. | 06/15/10 | | Very unsatisified. Did not honor requests as written on the contract. Got a used faucet. Seam location not honored. Granite grain flow in 2 different directions. Once money given, they were very rude. Sales people very rushed and thinking about the next customer only. They are into the volume, not the satisfaction or quality. So sorry I chose them. |
| 41 | Lisa McD | 08/03/10 | | Don't do business with this company!. I wish I would have read reviews on this company before I spent my money. If you have a problem with your granite....AND YOU WILL HAVE A PROBLEM WITH YOUR GRANITE! They will never call you back. The man who does your template is not detail oriented and he will get it wrong. The men who install your granite are not professionals and will wreck your walls getting it in and don't care if it is done right. When you call your salesman - he will not call you back. When they say Joseph will be out to fix it - he will not show up. When you call again and they tell you to talk to Demitri - he will not be there and will not return your voice mail. By the way all of these negative posts are real. Do not beleive the bullshit that these are posted by competitors. This company has a lot of inventory but little skill or concern for doing a good job. |

| | | | | |
|---|---|---|---|---|
| 42 | Deb C. | 08/11/10 | Stay away from Colonial Marble & Granite | I recently had counters replaced in my kitchen and two bathrooms, as well as a new tile backsplash in my kitchen by Colonial. I have never had a worse experience. They are all about volumehow else can they pay for their extensive advertising? Once youve signed on the dotted line, no one takes responsibility for the work or for return phone calls. My salesperson failed to return repeated phone calls over a two week period. The templater incorrectly measured one of the bathroom counters, causing the work to be delayed by nearly a week. The AM time slot the promised me for their second visit was not honored. In the afternoon, they finally called my office to tell me the person would be there in 20 minutes so I could head home to meet him. In fact, he showed up an hour and a half later and didnt bring someone with him to polish and finish off the countertop. That required yet another appointment. Throughout the work they did for me, they failed to put down any coverings, set up their equipment for cutting the stone right outside my front door, and proceeded to track granite dust all through my house. Their idea of clean up was to blow some of the dust on my front porch into my flower beds and leave the rest for me to clean up. The tile backsplash installation was a mess.very shoddy workmanship with crooked and uneven tiles. Stay away from these people if you want a quality job. They are a disaster |
| 43 | bobby b. | 08/11/10 | Absolutely Horrible Experience | This Company is absolutely terrible to deal with! Poor communication. lies and deceitfulness. If Tom was only told the truth. He should be more aware of what's going on. My Granite was cracked and Sobina talked to me like I was trash. They write their own positive reviews to try and trick the public. This business will wind up in court or at the very least out of business. DO NOT GO HERE!!! Shop around there is more reputable granite dealers. PLEASE SHOP AROUND!!! |

| | | | | |
|---|---|---|---|---|
| 44 | Lori D. | 08/11/10 | Stay Away | I should have read the reviews for this company before doing business with them. I purchased granite for my double bathroom vanity. They sent out the man to prepare a template. He was not very friendly and not easy to communicate with. I told him I wanted the corner curved so that I would not have a sharp edge. When the men arrived to install my granite they were not careful in my hallway and damaged my wall and wallpaper in two spots. They then installed the granite and backsplash before I could get a good look at what they were doing. The corner was not curved and stuck straight out (not what I requested). The men were Russian and not easy to communicate with. I had the one man put on my slip that the edge was incorrect and that Joseph would be returning to finish the edge. I didn't receive a follow up call from Colonial so I left a message for Anthony. He never called me back. I called again and was told I needed to speak with Demitri but he wasn't available and I should leave a message. I left a message on his voice mail...Has anyone ever heard back from either of these guys because I haven't??? Do yourself a favor and shop elsewhere. |
| 45 | Elissa w. | 08/11/10 | Awful | ABSOLUTELY HORRIBLE!They had to come out 7 times to fullfill this order.They measured wrong,the piece was cut wrong,they forgot a piece...and finally I didn't get what I orderd.There communication sucks!Customer service sucks!Would highly recomend NOT using this company! |
| 46 | Jennifer F. | 08/11/10 | TERRIBLE INSTALLATION! | I will never use Colonial Marble again. They did a terrible job in my kitchen. I have a small kitchen, and was told that I would only have one seam. When they were finished, I ended up with two very ugly seams. You could see them from across the room. When I complained they told me that they were in charge of where the seams go, not me. They were very rude and did not care about customer satisfaction. I should have never paid them in full the day before the installation of my counters. |

| | | | | |
|---|---|---|---|---|
| 47 | Dude S. | 08/22/10 | unhappy kitchen | I would never use Colonial for anything. They switched slabs on me, put more seams than they agreed to and ran out of material during installation. When asked about why all the seams I was told to take it or leave it and they weren't going to change anything. I'm really upset at those jerks. |
| 48 | joan s. | 10/07/10 | AWFUL AWFUL AWFUL | I wish we could give no stars. While there may be a truthful positive installation comment here, they must be flukes. We will provide details later, but take heed, this is the worst granite installation ever. DO NOT USE THIS COMPANY! AND IF YOU GO THRU HOME DEPOT, THEY DO NOT ADVOCATE FOR YOU. There are plenty of good granite people out there, find them. Don't be sucked in by the free food on Saturdays or by their (admittedly) fabulous selection of granite. We were and we are sooooo sorry. |
| 49 | T G. | 11/23/10 | GO SOMEWHERE ELSE!!! | I read all of the reviews but decided to go with Colonial since Home Depot was offering a good deal if I got the marble through them, using Colonial. A contractor friend also told me not to use them but I didn't listen. The worst part is that Home Depot makes you pay EVERYTHING up front so you have no recourse. I had five pieces installed in my brand new kitchen. The bar top was cut at 14" but should have been 18". It was even marked as 18" on their drawing. That had to go back and then be recut from a different slab. The three smallest pieces went on top of base cabinets. All three were installed crooked and not even pushed all the way back to the wall. One of the pieces should have been cut with an angle on the back because it's an old house and the walls are not straight. The templator didn't bother to template that part, he just said, "Oh, I'll cut it x inches by x inches. All three of these had to be ripped out and reinstalled when they came back with my corrected bar piece. The biggest corner piece was also not cut correctly. We needed a standard 30" opening for our slide in range but the front of the opening was only 29 1/2". (continued below) |

| | | | | |
|---|---|---|---|---|
| | T G. | 11/23/10 | GO SOMEWHERE ELSE!!! | So now all five pieces are wrong! Not only that, when they brought in the large piece, they punched a hole in my new ceiling! Then, one of the installers tried to move my new, still wrapped stove, by pulling up on the face plate. The whole plate came off and the knobs on the front of the stove went flying! I was told that Colonial would come back and fix everything. This put our remodel on hold until all the granite was fixed. When they came back to fix, I was told by the "best guy we have"..."If all you're worried about is getting the stove in the opening, we can just pick it up and drop it in".!!! I'm no contractor but I know that is RIDICULOUS!! What happens when the stove has to be pulled out for some reason! He was just looking to get out of work. When I convinced him that the granite had to be fixed, he proceeded to bring in a sander...with no dropcloth! I said, "You can't sand granite over my brand new kitchen floor without a dropcloth! Are you kidding me??? They didn't even have one. Had to sit and wait while one guy ran out to purchase one. Finally sanded it down and in the process, they scratched my new pergo floor because they wanted to use a swiffer to clean up the bits of granite!!! This was all two months ago. Had to take a day off work so the Sears guy could come repair my broken stove and Colonial never came back to fix my ceiling or my floor. You just can't make this stuff up! I would never, ever, ever recommend this company. |
| 50 | drew60 | 02/25/11 | | Colonial unorganized and the absolute worst service.. This company is so large that they have lost control of any personal service.They won't remember you five minutes after you are gone.They lost all of our paperwork twice.Then they have the nerve to ask us to come back another day, knowing we drove over an hour to get there. Basically seemed like they could care less if they got our business or not. Our trip to colonial Marble has been really the only waste of time and bad experience while building a new home. After talking about our experience with others we started to here the same bad comments and now understand many of the negative comments here. So our business is going elsewhere. Can't even imagine if we needed them to make good on something. |

| | | | | |
|---|---|---|---|---|
| 51 | Tess S. | 04/12/11 | Yes, I am a real customer | I picked out a slab of marble in the show room, but its obviously not the one that was received. The slab should have been a somewhat uniform beige color with veins of dark brown. The marble that was installed has several large brown splotches in the island and numerous chips that were filled in with white putty. Overall there are rice like imprints scattered throughout the marble. They had many slabs of the type of marble I chose,so they obvously just installed one of the inferior pieces. The templaters were more than one hour late. The installers were great. Despite paying over 3 thousand dollars,the marble and overall effect though is cheap looking. It was a very disappointing experience. |
| 52 | georgey6 | 05/09/11 | | What a disappointment !!. We are having colonial do the granite and marble for our house. We were impressed by the selection and sales dept,but they totally dropped the ball when it came to the installation. The first mistake was when they delayed our project by a week because they forgot to ask a question. We returned their calls,but the guy who called was off that day and apparently no one else can take a message there. Then they brought 2 mismatched and incorrectly cut pieces not once,not twice but three times. Several wks later we are still waiting for the final piece. They never hurry to correct their mistakes and don't even seem to care. We did renovations in our previous houes yrs ago with another company without problems. I think they have gotten so big that quality control and customer satisfaction is unimportant. Additionally I know 2 other people who's orders have been wrong. Too bad I didn't know before we started |
| 53 | timsea | 05/24/11 | | STAY AWAY. They are thieves. They will install the wrong thing in your house and refuse to fix the price. By far they are the least professional people I have ever done business over $1000 with. I would not recommend them to ANYONE, in fact I think they should be forced out of business. Their alliance with The Home Depot I'm sure is the only thing keeping them afloat, and if there are other unhappy customers out there I would be happy to contribute to a class action lawsuit or any other means of forcing them out of business. Seriously, THEY STOLE MONEY FROM ME! |

| | | | | |
|---|---|---|---|---|
| 54 | Granite R. | 07/12/11 | Bad install | Colonial Marble and Granite is all about show and do what it takes to close the sales but the quality of the end product and the stone installation is flawed. They can have up to 1 inch gap between your wall and the stone. Read the contract and you will see. Do yourself a favor and find a dealer that is there from the picking of the stone through a quality installation. These guys remind me of buying a used car that you find out is a lemon after you get home with it. |
| 55 | Rosemary W. | 07/28/11 | Stay away from this place! | Stay away from this place. They have more business than they know what to do with & really don't care if a customer or 2 is left behind. We were disappointed from start to finish. All calls to the place were just blown off & we were practically told to just contact our attorney. Friends also considered this place a nightmare experience. Again, there are plenty of granite places these days & others will give better more personalized service, I'm sure. |
| 56 | tw1014ihg | 09/09/11 | | Don't deal with these company. We went to their warehouse , were rushed through their selections , which at our price range wasn't very much. We found two that we liked and were planning to take the samples home to see if they would work. We were pressured to put a deposit down,( they gave me a great deal which I couldn't refuse), with the option to change if it didn't work or cancel order for refund. Well the granite color didn't work and we cancelled order next day. They already took the $1000 out of my bank account. Now its 25 days later, and after numerous calls to Colonial, they still have my money and every time it's always "we'll take care of it" " don't worry"! I would never do business with this company. This is hurting me , very unprofessional. We did buy from All Granite and Marble . Excellent selection and price. Totally satisfied. |
| 57 | RM618 | 09/28/11 | | BEWARE ! YOU HAVE BEEN WARNED. Absolutely the WORST retail experience imaginable . Unprofessional, rude and incompetent . Do your homework and find ANYONE else to do your custom work . P.S. We've since had our counter top done by a reputable shop and are thrilled by the results . Check out my other review |

| | | | | |
|---|---|---|---|---|
| 58 | A consumer | 12/11/11 | | Inaccurate Measurements. Very disappointed with 2 counter measurements. There is a gap on the front part of the counter between the stove and countertop. And my island countertop is too short. I can see the exposed wood of the cabinets beneath it. This is all you do all day and you can't get a simple measurement correct. I am not impressed with the computer devise that was use to take these measurement. |
| 59 | Katie B. | 02/03/12 | They deserve 0 stars | These guys are awful. The customer service is horrible. Everyone I spoke to was either condescending, didn't listen, or only concerned about getting money. They put up a nice front on the sales floor but as soon as they've got money from you they could care less about your level of satisfaction. I wish I would have read reviews before, I got a quote for a few hundred dollars less for the same thing from Stone Galaxy, but went with Colonial because we were there in the showroom and it was more convenient. My mistake. I don't want to get into too much of a rant of everything that went wrong - I'll hit the highlights - they templated using our old counter measurements (even though they told us when we purchased that the new counters would be a different height) - so the guys get here and SURPRISE our counters are the wrong size. We were told the whole think would take an hour and a half, they ended up having to come out twice, over the span of a week during which we had about half of a kitchen. Oh, and let's not mention the fact that there was a two hour argument because they insisted on us paying the remainder after day one when we had half of a kitchen (sorry, I'm not used to paying unless work is completed). It was a huge disaster. The kitchen looks fine but I think anyone who installs counters could have done that. If you don't care how you're treated, go here, if you care how you're treated STAY AWAY. |

| | | | | |
|---|---|---|---|---|
| 60 | Cheryl Ann | 02/29/12 | | I wouldn't go back to Colonial Marble again.. My husband and I just had marble installed around our gas fireplace. We went into Colonial Marble and after looking around at all the beautiful samples with the owner Pamela, we picked out a beautiful piece of marble for our fireplace. When it was installed my husband didn't realize that the marble was different than we saw in the store. It was not the same piece. I can't believe they didn't cut out all of the big blotches of white imperfections. Also it was installed unlevel and my husband had to fix it after the installers left and before the glue set. I complained and they sent out an installer to check it out and he basically said too bad this is the way it is. I sent emails to the owner Pamela and she hasn't written back. Don't go here for any marble you will be very disappointed. Once they get your money they don't care if you like it or not. |
| 61 | Moji S. | 03/19/12 | Please read | I feel obligated to let other potential customers know that, depending on the installation team, the work may turn out to be worse than mediocre. In my case wood work was distroyed, holes were made in the wall, the silicone was not placed proberly, the gaps were filled with transparent silicone, accentuating areas of imperfection, and the furniture and pans and pots were all covered in dust. They called it incidental damage. When the carpenter was finally sent in order to repeir the wood work, he had not been given enough wood and used some wood he found in my garage. He profusely apologized for the unprofessional work and explained that this company has been growing too fast, and that customer service is starting to suffer as a result. The backsplash was done so horrendously that I had it removed, after being promised that I would get reimbursed. I am still, after 3 months, waiting for the reimbursement. Also, they put more seams in the granite that I was told. |